COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ether Laver Thomas v. The State of Texas

Appellate case number:      01-18-00504-CR

Trial court case number:    15-DCR-070852

Trial court:                400th District Court of Fort Bend County

This case was abated and remanded to the trial court on October 3, 2019. In the abatement order, we directed the trial court to hold a hearing to determine whether the certification of appellant's right to appeal entered by the trial court on November 17, 2017 was defective. If so, we directed the trial court to execute an amended certification of appellant's right to appeal that complies with Texas Rule of Appellate Procedure 25.2. The district clerk has filed a supplemental clerk's record containing an amended certification of appellant's right to appeal signed by the trial court judgment, appellant and his counsel, stating that this "is not a plea-bargain case, and [appellant] has the right of appeal."

Accordingly, we **reinstate** this case on the Court's active docket

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: __August 20, 2020____